**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-02152-MSK-MEH

DAVID HAMPTON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ROOT9B TECHNOLOGIES, INC.;
JOSEPH J. GRANO, JR.; and
KENNETH T. SMITH,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion to Dismiss of Chief Judge Marcia S. Krieger entered on September 21, 2016, it is

ORDERED that Plaintiff DAVID HAMPTON, individually and on behalf of all others similarly situated recovers nothing, the action is dismissed on the merits, and Defendants ROOT9B TECHNOLOGIES, INC.; JOSEPH J. GRANO, JR.; and KENNETH T. SMITH are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of September, 2016.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                      By: s/ Robert R. Keech

                                    Robert R. Keech
                                    Deputy Clerk