**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 30, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DAVID HAMPTON,

Plaintiff - Appellant,

and

TY MESSERLI, individually and on behalf of all others similiarly situated,

Plaintiff,

v.

ROOT9B TECHNOLOGIES, INC.; JOSEPH J. GRANO, JR.; KENNETH T. SMITH,

Defendants - Appellees.

No. 16-1417
(D.C. No. 1:15-CV-02152-MSK-MEH)
(D. Colo.)

---

**JUDGMENT**

---

Before **HARTZ**, **KELLY**, and **HOLMES**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk